IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-01566-WYD-MJW

JOHN G.  JACKSON,

Plaintiff(s),

v.

FIRST COMMUNITY BANK,  et al,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Unopposed Motion for Leave to File First Amended Complaint and Jury Demand (docket no. **17**) is GRANTED finding no objection by Defendants and finding good cause shown under Fed. R. Civ. P. 15 (a)(2) and York *ex rel* York v. Cherry Creek School District No. 5, 232, F.R.D. 648, 649 ( D. Colo. 2005).  The Plaintiff's First Amended Complaint (docket no. 17-2) is ACCEPTED for filing with this court as of the date of this minute order.

Date:   October 20, 2009