IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-01566-WYD-MJW

JOHN G. JACKSON,

     Plaintiff,

v.

FIRST COMMUNITY BANK, f/k/a FIRST STATE BANK, N.M., a New Mexico corporation; and
FIRST STATE BANCORPORATION, a New Mexico corporation,

     Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the court on the parties' Stipulation of Dismissal, filed November 17, 2009 [#22].  Upon review of the Stipulation and the file in this case, it is hereby

ORDERED that the request for dismissal, set forth in the Stipulation of Dismissal [#22] is **GRANTED**.  It is

FURTHER ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each side to bear its own attorneys' fees and costs.

Dated:  November 17, 2009

                                           BY THE COURT:
                                           s/ Wiley Y. Daniel
                                           Wiley Y. Daniel
                                           Chief United States District Judge